IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEBORAH WESTBROOK,** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | 3:09-CV-1291-D |
| § | | |
| **MOSELEY, et al.,** § | | |
| Defendants. § | | |

## ORDER OF TRANSFER

The court adopts the October 29, 2009 findings, conclusions, and recommendation of the United States Magistrate Judge, and transfers this action to the Fort Worth Division of the Northern District of Texas.

**SO ORDERED**.

November 23, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE